UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
CENTRAL DIVISION
AT LEXINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>    Plaintiff,<br><br>V.<br><br>CHARLES DAVID GREENE,<br>    Defendant. | CRIMINAL NO. 5:15-39-KKC-REW<br><br><br>**ORDER** |

\*\*\* \*\*\* \*\*\*

This matter is before the Court on the Recommended Disposition (DE 38) filed by Magistrate Judge Wier on October 20, 2015. In July of 2015, this Court sentenced Defendant Charles Greene to time served and 2 years of supervised release for engaging in a conspiracy to distribute controlled substances. (DE 28.) At a final hearing before Judge Wier, Defendant stipulated to violating the terms of that supervised release by using crack cocaine. (DE 36). Subsequently, the United States and Defendant jointly recommended revocation, six (6) months of imprisonment, and a continuation of the previously imposed term of supervised release under the same conditions.

Based on Defendant's past positive conduct, his allocution at the hearing, and the relevant sentencing guidelines Judge Wier recommended a two month downward departure from the recommended term of incarceration. (DE 38 at 4–6.) Judge Wier adopted the parties' supervised release recommendation and further, advised the parties that they had fourteen days in which to file objections to the recommendation. Defendant filed a Waiver of Allocation (DE 39), and no party filed an objection to Judge Wier's recommendation.

Accordingly, **IT IS ORDERED** that:

1. The Magistrate Judge's Recommended Disposition (DE 38) is **ADOPTED** as and for the opinion of this Court; and

2. Judgment shall be entered consistent with this Order.

Dated November 2, 2015.

KAREN K. CALDWELL, CHIEF JUDGE
UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY